08-00462 MJJ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Jonathan Lee Riches©,
Plaintiff

CIVIL NO: MJJ

V.

Leonardo DiCaprio a/k/a Titanic Actor,
Defendant

Complaint

This suit is under 42 USC 1983. Comes now the Plaintiff Jonathan Lee Riches©. FCI Williamsburg is a sinking ship. DiCaprio left me on a Beach in Solitary, but the room is freezing, I'm not getting enough blankets to stay warm. I'm freezing, the cell all through December 2007 gets 15 degrees at night. I'm not given a long sleeve shirt. This is unconstitutional, I seek $33 million for violation of civil rights.

Respectfully
Submitted
Jonathan Lee Riches©